# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-12516 ERW
**Case Name:** KEATING, STEPHEN

**Trustee:** (330570)   DAVID P. LEIBOWITZ
**Filed (f) or Converted (c):** 07/13/07 (f)
**§341(a) Meeting Date:** 08/13/07

**Period Ending:** 05/29/08

**Claims Bar Date:** 11/14/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking account with Chase. | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | Checking Account With Fifth Third - Joint accoun | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | Miscellaneous used household goods | 400.00 | 400.00 | DA | 0.00 | FA |
| 4 | Personal Used Clothing | 500.00 | 500.00 | DA | 0.00 | FA |
| 5 | 28 various sized cymbals, 7 snare drums, 2 pract | 3,600.00 | 3,600.00 | | 2,000.00 | FA |
| 6 | 2 tool chests, 1 Dremel tool Set, 1 Craftsman dr | 1,500.00 | 1,500.00 | | 1,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 9.70 | Unknown |
| 7 | Assets   Totals (Excluding unknown values) | $6,000.00 | $6,000.00 | | $3,009.70 | $0.00 |

**Major Activities Affecting Case Closing:**

tfr early 2008

**Initial Projected Date Of Final Report (TFR):** December 31, 2007

**Current Projected Date Of Final Report (TFR):** December 31, 2007



EXHIBIT B