**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| KEATING, STEPHEN | ) | |
| | ) | CASE NO. 07 B 12516 |
| | ) | |
| | ) | JUDGE EUGENE R. WEDOFF |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   219 S. Dearborn, Courtroom 744
   Chicago, Illinois 60604

   on: **July 15, 2008**
   at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                    $       3,009.70

   b. Disbursements                               $           0.00

   c. Net Cash Available for Distribution $       3,009.70


4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 752.43 | $ |
| Trustee | $ 0.00 | $ | $ 83.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $14,569.22, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $14.92%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Cavalry Portfolio SVCS | $ 14,569.22 | $ 2,174.27 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee

      may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:


Dated: **June 20, 2008**    For the Court,

                          By: **KENNETH S. GARDNER**
                               Kenneth S. Gardner
                               Clerk of the United States Bankruptcy Court
                               219 S. Dearborn Street, 7th Floor
                               Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

2516   Doc 22   Filed 06/20/08   Entered 06/22/08 23:50:57   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7                  Page 1 of 1           Date Rcvd: Jun 20, 2008
Case: 07-12516                  Form ID: pdf002              Total Served: 18

The following entities were served by first class mail on Jun 22, 2008.
db           +Stephen Keating,    532 Des Plaines Ave., Apt. #1G,    Forest Park, IL 60130-1843
aty          +Jaime Dowell,    Legal Helpers,    20 West Kinzie,    Suite 1300,    Chicago, IL 60610-7065
aty          +Jason R Allen,    Legal Helpers,    20 West Kinzie,    Suite 1300,    Chicago, IL 60610-7065
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
11478423     +Anna C. Stanley #,    Legal Helpers, PC,    20 W. Kinzie,    13th Floor,    Chicago, IL 60610-6392
11478424     +Baker, Miller, Markoff, Krasny LLC,    29 N Wacker Drive,    5th Floor,    Chicago, IL 60606-2854
11478425     +Cavalry Portfolio SVCS,    7 Skyline Drive 3rd F,    Hawthorne, NY 10532-2156
11478426     +Discover Card Services,    PO Box 105430,    Atlanta, GA 30348-5430
11478428     +Forest Automotive, Inc.,    950 Des Plaines Ave,    Forest Park, IL 60130-2104
11478429     +Integrative Therapies Wellness Cent,    7756 W Madison St,    Suite 8,
               River Forest, IL 60305-2058
11478430     +NAFS,    6341 Inducon Drive East,    Sanborn, NY 14132-9016
11478431     +Nations Bank,    PO Box 2278,    Norfolk, VA 23501-2278
11478432     +Petvets Animal Hospital,    342 W. Harrison Street,    Oak Park, IL 60304-1557
11478433     +Quest Diagnostics,    PO Box 64804,    Baltimore, MD 21264-4804
11478434     +The Bank of New York,    PO Box 6997,    Newark, DE 19714-6997
11478435     +UIC College of Dentistry,    801 S Paulina St,    Chicago, IL 60612-7210
11478436     +Venture Credit Systems,    3703 W. Lake Avenue,    Glenview, IL 60026-5823

The following entities were served by electronic transmission on Jun 21, 2008.
11478427      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 21 2008 05:17:34      Discover Fin,    Pob 15316,
               Wilmington, DE 19850
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11478422*    +Stephen Keating,    532 Des Plaines Ave., Apt. #1G,    Forest Park, IL 60130-1843
                                                                                 TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2008**                 **Signature:** _Joseph Speetjens_