## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| Case Number: | 07-12516 ERW | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|
| Case Name: | KEATING, STEPHEN | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****85-65 - Money Market Account |
| Taxpayer ID #: | 13-7575154 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/19/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/22/07 | | Stephen P. Keating | Settlement of interest in tools and instruments | | 3,000.00 | | 3,000.00 |
| | {5} | | 2,000.00 | 1129-000 | | | 3,000.00 |
| | {6} | | 1,000.00 | 1129-000 | | | 3,000.00 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.42 | | 3,000.42 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.49 | | 3,001.91 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.76 | | 3,003.67 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.56 | | 3,005.23 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.53 | | 3,006.76 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.37 | | 3,008.13 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.61 | | 3,008.74 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.55 | | 3,009.29 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.41 | | 3,009.70 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.37 | | 3,010.07 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.38 | | 3,010.45 |
| 07/16/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.18 | | 3,010.63 |
| 07/16/08 | | To Account #********8566 | In preparation of distribution | 9999-000 | | 3,010.63 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,010.63 | 3,010.63 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,010.63 | |
| | | | **Subtotal** | | 3,010.63 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,010.63** | **$0.00** | |

Exhibit B

{} Asset reference(s)      Printed: 08/19/2008 02:04 PM    V.10.54

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 07-12516 ERW | | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| **Case Name:** | KEATING, STEPHEN | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****85-66 - Checking Account |
| **Taxpayer ID #:** | 13-7575154 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 08/19/08 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/16/08 | | From Account #********8565 | In preparation of distribution | 9999-000 | 3,010.63 | | 3,010.63 |
| 07/16/08 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $752.43, Trustee Compensation;  Reference: | 2100-000 | | 752.43 | 2,258.20 |
| 07/16/08 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $83.00, Trustee Expenses;  Reference: | 2200-000 | | 83.00 | 2,175.20 |
| 07/16/08 | 103 | Cavalry Portfolio SVCS | Dividend paid 14.93% on $14,569.22; Claim# 1; Filed: $14,569.22; Reference: | 7100-000 | | 2,175.20 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **3,010.63** | **3,010.63** | **$0.00** |
| | | | Less: Bank Transfers | | 3,010.63 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **3,010.63** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$3,010.63** | |

{} Asset reference(s)   Printed: 08/19/2008 02:04 PM    V.10.54

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 07-12516 ERW | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| **Case Name:** KEATING, STEPHEN | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | **Account:** | ***-*****85-67 - Money Market Account |
| **Taxpayer ID #:** 13-7575154 | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** 08/19/08 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****85-65 | 3,010.63 | 0.00 | 0.00 |
| Checking # ***-*****85-66 | 0.00 | 3,010.63 | 0.00 |
| MMA # ***-*****85-67 | 0.00 | 0.00 | 0.00 |
| | **$3,010.63** | **$3,010.63** | **$0.00** |

{} Asset reference(s)   Printed: 08/19/2008 02:04 PM   V.10.54